**Electronically Filed
Supreme Court
SCWC-21-0000406
24-JAN-2025
10:37 AM
Dkt. 20 ODAC**

SCWC-21-0000406

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHUN MEI ZHANG,
Respondent/Plaintiff-Appellee,

vs.

MING YU YOU,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000406; CASE NO. 1CC161001683)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed on December 12, 2024, is hereby rejected.

DATED: Honolulu, Hawaiʻi, January 24, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

